UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZACHARY MEYER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LINCOLN TOWING ENTERPRISES, INC., a Delaware corporation, and THE CITY OF SEATTLE,<br><br>　　　　　　　　Defendants. | NO. 2:18-cv-01471-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Noting Date: January 17, 2019 |

## I. STIPULATION

The parties to this lawsuit, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between them shall be dismissed with prejudice and without costs or attorneys' fees to either party and without notice of presentation of the Order.

**WASHINGTON CIVIL & DISABILITY ADVOCATE**

/s/Michael Terasaki
Michael Terasaki
WSB# 51923
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 402-5846
terasaki@wacda.com
*Attorney for Plaintiff Zachary Meyer*

/s/Conrad A. Reynoldson
Conrad A. Reynoldson
WSB# 48187
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134
conrad@wacda.com
*Attorney for Plaintiff Zachary Meyer*

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

1

LAW OFFICE OF
**DANIEL P. MALLOVE, PLLC**
2003 WESTERN AVENUE
SUITE 400
SEATTLE, WASHINGTON 98121
PHONE: (206) 239-9933
FAX: (206) 587-0277

| LAW OFFICE OF DANIEL P. MALLOVE, PLLC | SEATTLE CITY ATTORNEY'S OFFICE |
|---|---|
| /S/Daniel P. Mallove<br>Daniel P. Mallove<br>WSB# 13158<br>2003 Western Avenue, Suite 400<br>Seattle, WA 98121<br>(206) 239-9933<br>*Attorney for Defendant Lincoln Towing Enterprises, Inc.* | /S/Lorraine Lewis Phillips<br>Lorraine Lewis Phillips<br>WSB# 33126<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>(206) 684-8200<br>*Attorney for Defendant City of Seattle* |

## II. ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties to this lawsuit shall be dismissed with prejudice and without costs or attorneys' fees to either party.

DATED this 18th day of January, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

**WASHINGTON CIVIL & DISABILITY ADVOCATE**

| | |
|---|---|
| /s/Michael Terasaki<br>Michael Terasaki<br>WSB# 51923<br>3513 NE 45th Street, Suite G<br>Seattle, WA 98105<br>(206) 402-5846<br>terasaki@wacda.com<br>*Attorney for Plaintiff Zachary Meyer* | /s/Conrad A. Reynoldson<br>Conrad A. Reynoldson<br>WSB# 48187<br>3513 NE 45th Street, Suite G<br>Seattle, WA 98105<br>(206) 855-3134<br>conrad@wacda.com<br>*Attorney for Plaintiff Zachary Meyer* |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

2

LAW OFFICE OF
DANIEL P. MALLOVE, PLLC
2003 WESTERN AVENUE
SUITE 400
SEATTLE, WASHINGTON 98121
PHONE: (206) 239-9933
FAX: (206) 587-0277

| | |
|---|---|
| **LAW OFFICE OF DANIEL P. MALLOVE, PLLC** | **SEATTLE CITY ATTORNEY'S OFFICE** |
| /S/Daniel P. Mallove<br>Daniel P. Mallove<br>WSB# 13158<br>2003 Western Avenue, Suite 400<br>Seattle, WA 98121<br>(206) 239-9933<br>*Attorney for Defendant Lincoln Towing Enterprises, Inc.* | /S/Lorraine Lewis Phillips<br>Lorraine Lewis Phillips<br>WSB# 33126<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>(206) 684-8200<br>*Attorney for Defendant City of Seattle* |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

3

LAW OFFICE OF
**DANIEL P. MALLOVE, PLLC**
2003 WESTERN AVENUE
SUITE 400
SEATTLE, WASHINGTON 98121
PHONE: (206) 239-9933
FAX: (206) 587-0277